IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDRE HEYWARD, Individually, and ROGER A. KIRSCHENBAUM, as Administrator of the Estate of MICHELLE KAMIKA CHINNIS, deceased,<br><br>    Plaintiff<br>v.<br><br>ABCO TRANSPORTATION, INC., R&L TRANSFER, INC., ROBERT J. SANSOM, PROTECTIVE INSURANCE COMPANY, and LEXINGTON INSURANCE COMPANY,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 13-CV-03637-LMM |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties in the above styled matter and, in accordance with Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal with prejudice of all claims against Defendants.  The parties further stipulate that each party shall bear their own costs incurred in this matter.

[*Signature lines on following page*]

1

Respectfully submitted on January 28, 2015.

| | |
|---|---|
| LAW & MORAN | BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC |
| */s/ E. Michael Moran* | */s/ Michael W. Horst* |
| Peter A. Law, Esq. | L. Clint Crosby, Esq. |
| Georgia State Bar No. 439655 | Georgia State Bar No. 197877 |
| E. Michael Moran, Esq. | Michael W. Horst, Esq. |
| Georgia State Bar No. 521602 | Georgia State Bar No. 367837 |
| Edward A. Piasta, Esq. | Monarch Plaza, Suite 1600 |
| Georgia State Bar No. 110161 | 3414 Peachtree Road NE |
| 563 Spring Street, NW | Atlanta, GA 30326 |
| Atlanta, GA 30308 | Telephone: (404) 577-6000 |
| Telephone: (404) 814-3700 | Facsimile: (404) 221-6501 |
| Facsimile: (404) 842-7710 | E-mail: ccrosby@bakerdonelson.com |
| E-mail: pete@lawmoran.com | E-mail: mhorst@bakerdonelson.com |
| E-mail: mike@lawmoran.com | |
| E-mail: ed@lawmoran.com | Attorneys for Defendants ABCO Transportation, Inc., R&L Transfer, Inc., Robert J. Sansom, and Protective Insurance Company |
| Attorneys for Plaintiffs | |

CARLOCK COPELAND & STAIR, LLP

*/s/ Charles M. McDaniel, Jr.*
Charles M. McDaniel, Jr.
Georgia State Bar No.: 487905
L. Elizabeth Albright
Georgia State Bar No.: 470111
191 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30303-1740
Telephone: (404) 522-8220
Facsimile: (404) 523-2345
E-mail: cmcdaniel@carlockcopeland.com
E-mail: balbright@carlockcopeland.com

Attorneys for Defendant Lexington Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this date, January 28, 2015, I have electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Peter A. Law, Esq.
E. Michael Moran, Esq.
Edward A. Piasta, Esq.
Law & Moran
563 Spring Street, NW
Atlanta, GA 30308

Charles M. McDaniel, Jr., Esq.
L. Elizabeth Albright, Esq.
Carlock, Copeland & Stair, LLP
191 Peachtree Street NE, Suite 360
Atlanta, Georgia 30303-1740

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC

/s/ Michael W. Horst
MICHAEL W. HORST
Georgia State Bar No. 367837